David A. Hubbert
Deputy Assistant Attorney General

Tijuhna A. Green (TXBN 24106025)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ANTHONY DESA, individually and as Trustee of the ERBIN TRUST; JANE DESA; ASSET FORECLOSURE SERVICES as Trustee of METROPOLITAN LIFE INSURANCE COMPANY; LAS VEGAS VALLEY WATER DISTRICT; REPUBLIC SILVER STATE DISPOSAL; RICHARD POLMER; FREEMAN, FREEMAN, & SMILEY, LLP; CLARK COUNTY, NEVADA,<br><br>                  Defendants. | Case No. 2:24-cv-01993-JCM-NJK<br><br>**STIPULATION BETWEEN THE UNITED STATES AND RICHARD FOLMER TO EXTEND RESPONSE DEADLINE** |

Plaintiff, the United States of America, and Defendant, Richard Folmer, hereby stipulate as follows:

1. On October 23, 2024, the United States filed suit to reduce the outstanding tax liabilities of defendant Anthony Desa to judgment and to foreclose upon Mr. Desa's real

1

property located at 9317 Verlaine Court, Las Vegas, Nevada 89145 ("Subject Property"). ECF No. 1.

2. Pursuant to 26 U.S.C. § 7403(b), Richard Folmer was named as a defendant because he may claim an interest in the Subject Property by virtue of an unpaid judgment lien.

3. The United States served a waiver of the service of summons on Mr. Folmer on December 4, 2024. Mr. Folmer returned a signed copy of the wavier on December 6, 2024. ECF No. 9. Accordingly, Mr. Folmer's response to the Complaint is due on or before February 2, 2025. Fed. R. Civ. P. 4(d)(3).

4. Mr. Folmer requires more time to obtain legal counsel and to formulate his position in this matter. Accordingly, the Parties request an extension of thirty days to, and including, March 3, 2025, for Mr. Folmer to respond to the United States' Complaint.

5. Rule 6(b) authorizes this Court to grant an extension of time for good cause shown. *See also* LR IA 6-1. This is the Parties' first request for an extension of time to allow Mr. Folmer to file a response to the United States' Complaint.

6. By filing this stipulation, Mr. Folmer does not waive any defenses listed in Rule 12.

7. This extension is not interposed for the purposes of delay.

8. No party will be prejudiced because of this request.

[CONTINUED ON NEXT PAGE]

WHEREFORE, the Parties respectfully request that this Court grant their stipulation extending Mr. Folmer's response deadline to March 3, 2025.

Dated: January 31, 2025                     Respectfully submitted,

                                          David A. Hubbert
                                        Deputy Assistant Attorney General

                                        *s/Tijuhna A. Green*
                                        TIJUHNA A. GREEN
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Washington, D.C. 20044
                                        202-616-3340
                                        Tijuhna.A.Green@usdoj.gov
                                        *Attorney for the United States of America*

Dated: January 31, 2025                     *scanned signature page attached.
                                        Richard Folmer
                                        210 S. La Esperanza
                                        San Clemente, CA 92672
                                        *Pro Se Defendant*

## ORDER APPROVING STIPULATION

Based on the Stipulation filed by the Parties and good cause appearing, it is hereby ordered that the foregoing Stipulation is approved. Richard Folmer's deadline to respond to the United States' Complaint is hereby extended to March 3, 2025.

**IT IS SO ORDERED.**


DATED: February 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

3