HOWARD & HOWARD ATTORNEYS, PLLC
Todd E. Kennedy (NSBN 6014)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
tek@h2law.com

*Attorneys for Defendants Anthony Desa and
Jane Desa*

**UNIITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ANTHONY DESA, INDIVIDUALLY AND AS TRUSTEE OF THE ERBIN TRUST; JANE DESA; ASSET FORECLOSURE SERVICES, INC., AS TRUSTEE OF THE METROPOLITAN LIFE INSURANCE COMPANY; LAS VEGAS VALLEY WATER DISTRICT; REPUBLIC SILVER STATE DISPOSAL; RICHARD FOLMER; FREEMAN, FREEMAN & SMILEY, LLP; CLARK COUNTY, NEVADA,<br><br>                    Defendants.<br>_____<br>RICHARD FOLMER,<br><br>                    Cross-claimant,<br><br>ANTHONY DESA; JANE DESA,<br><br>                    Defendants. | Case No. 2:24-cv-1993-JCM-NJK<br><br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR OPPOSITIONS TO MOTIONS**<br><br>**[FIRST REQUEST]** |

        Richard Folmer, *pro se*, and Anthony and Jane Desa, through their counsel, stipulate and request as follows:

        1.        Anthony and Jane Desa filed a Motion to Dismiss the Cross-claims asserted by Richard Folmer on March 21, 2025.  ECF. No. 23.  In connection with ECF No. 23, Cross-defendants filed a Motion to Seal/Redact to preserve the confidentiality of the ERBIN Trust

4873-3949-7921, v. 1

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

Agreement.  ECF No. 26.  The current due date for oppositions is April 4, 14 days after the filing of the motions.

2.    Mr. Folmer is presently representing himself.  He has advised that he has medical issues that require a substantial amount of his time.  Accordingly, he is presently actively seeking to retain counsel to assist him in this matter, and has requested a modest extension of time to the briefing.

3.    Accordingly, the parties to the Cross-claims stipulate that Mr. Folmer's time to respond to the Motion to Dismiss [ECF No. 23] and the Motion to Seal [ECF No. 26] may be extended ten (10) days to April 14, 2025.

4.    This is the first request for an extension of time to file an opposition brief.

HOWARD & HOWARD ATTORNEYS, PLLC        RICHARD FOLMER

/s/ Todd E. Kennedy, Esq.                              /s/ Richard Folmer
Todd E. Kennedy (NSBN 6014)                     Richard Folmer, pro se.
3800 Howard Hughes Pkwy., Suite 1000       19200 Von Karman #600
Las Vegas, NV  89169                                    Irvine, CA 92612
Telephone:  (702) 257-1483                            Tel:  949-295-1088
Facsimile:  (702) 567-1568                             richardfolmer@yahoo.com
tek@h2law.com
*Attorneys for Defendants Anthony Desa
and Jane Desa*

U.S. DEPT. OF JUSTICE                                 LAS VEGAS VALLEY WATER DISTRICT

/s/ Tijuhna Green, Esq.                                   /s/ Jim Smyth, Esq.
Tijuhna Green, Esq.                                        Jim Smyth, Esq.
U.S. Dept. of Justice, Tax Division                Las Vegas Valley Water Dist.
Ben Franklin Station                                       1001 South Valley View Blvd.
P.O. Box 683                                                  Las Vegas, NV 89153
Tel:  202-616-3340                                         Tel:  702-258-7166
Fax: 202-307-0054                                         jim.smyth@lvvwd.com
Tijuhna.a.green@usdoj.gov

*Attorney for USDOJ*                                     *Attorney for Las Vegas Valley Water Dist.*

GHIDOTTI BERGER LLP

/s/ Michael R. Brooks, Esq.
Michael R. Brooks, Esq.
7251 w. Lake Mead Blvd., #470
Las Vegas, NV 89128
Tel:  949-427-2732
Fax:  949-427-2732
Mbrooks@ghidottiberger.com
*Attorneys for Asset Foreclosure Services, Inc*

KACZMAREK & JOJOLA, PLLC

/s/ Derek W. Kaczmarek, Esq.
Derek W. Kaczmarek, Esq.
10229 N. 92nd. St. Ste. 103
Scottsdale, AZ 85258
Tel:  602-899-6200
Fax:  602-899-9339

CLARK COUNTY DISTIRCT ATTORNEY

/s/ Sarah Schaerrer, Esq.
Sarah Schaerrer, Esq.
Clark County Dist. Attorney, Civil Div.
500 S. Grand Central Pkwy., #5075
Las Vegas, NV 89155
Tel:  702-382-5178
Fax:  702-382-5178
sarah.schaerrer@clarkcountydanv.gov
*Attorney for Clark County, NV.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  _____April 4, 2025_____

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX:  (702) 567-1568

4873-3949-7921, v. 1