# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DESA, *et al.*,

    Defendants.

Case No.: 2:24-cv-01993-JCM-NJK

**Order**

[Docket No. 39]

    Pending before the Court is Defendant Jane Desa's motion for leave to file answer out of time.[1] Docket No. 39.

    A response must be filed no later than April 16, 2025, and any reply must be filed no later than April 18, 2025.

    IT IS SO ORDERED.

    Dated: April 11, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The motion was incorrectly docketed as "RESPONSE to 36 Minute Order." *See* Docket No. 39.