Tijuhna A. Green (TXBN 24106025)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY DESA, individually and as Trustee of the ERBIN TRUST; JANE DESA; ASSET FORECLOSURE SERVICES as Trustee of METROPOLITAN LIFE INSURANCE COMPANY; LAS VEGAS VALLEY WATER DISTRICT; REPUBLIC SILVER STATE DISPOSAL; RICHARD POLMER; FREEMAN, FREEMAN, & SMILEY, LLP; CLARK COUNTY, NEVADA,<br><br>    Defendants. | Case No. 2:24-cv-01993-JCM-NJK<br><br>**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL** |

Plaintiff, the United States of America, and Defendants, Anthony Desa, individually and as Trustee of Erbin Trust, Jane Desa, Las Vegas Valley Water District, Clark County, Nevada, Asset Foreclosure Services as Trustee of Metropolitan Life Insurance, and Richard Folmer, hereby file this Stipulation of Dismissal. There are no longer any issues in this matter between the United States and the defendants to be determined by this Court. Accordingly, pursuant to Federal Rule of Civil Procedure

1

41(a)(1)(A)(ii), the parties stipulate as follows:

1. Count I (Reduce Tax Assessments to Judgment for tax years 2014–2016, 2020–2022) against Anthony Desa is dismissed with prejudice.

2. Count II (Nominee/Alter Ego) and Count III (Fraudulent Transfer) against Anthony Desa is dismissed without prejudice.

3. Count IV (foreclosure) against all defendants is dismissed without prejudice.

4. The parties to this Stipulation agree to bear their own costs and attorney's fees related to this litigation.

Respectfully submitted this 23rd day of May 2025.

| | |
|---|---|
| s/Tijuhna A. Green<br>TIJUHNA A. GREEN<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>202-616-3340<br>Tijuhna.A.Green@usdoj.gov<br>*Attorney for the United States of America* | /s/Derek W. Kaczmarek<br>Derek W. Kaczmarek, Esq.<br>KACZMAREK & JOJOLA, PLLC<br>10229 N. 92nd. St. Ste. 103<br>Scottsdale, AZ 85258<br>Tel: 602-899-6200<br>Fax: 602-899-9339<br>*Attorney for Anthony Desa and Jane Desa* |
| /s/James E. Smyth<br>James E. Smyth, Esq.<br>Las Vegas Valley Water Dist.<br>1001 South Valley View Blvd. MS 480<br>Las Vegas, NV 89153<br>Tel: 702-258-3202<br>Jim.Smyth@lvvwd.com<br>*Attorney for Las Vegas Valley Water District* | /s/Michael R. Brooks<br>Michael R. Brooks, Esq.<br>GHIDOTTI BERGER LLP<br>7251 w. Lake Mead Blvd., #470<br>Las Vegas, NV 89128<br>Tel: 949-427-2732<br>Fax: 949-427-2732<br>Mbrooks@ghidottiberger.com<br>*Attorneys for Asset Foreclosure Services, Inc* |

1  X /s/ Richard Folmer
Richard Folmer
210 S. La Esperanza
San Clemente, CA 92672
*Pro Se Defendant*

/s/Sarah Schaerrer
Sarah Schaerrer, Esq.
Clark County Dist. Attorney, Civil Div.
500 S. Grand Central Pkwy., #5075
Las Vegas, NV 89155
Tel: 702-382-5178
Fax: 702-382-5178
sarah.schaerrer@clarkcountydanv.gov
*Attorney for Clark County, NV*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 28, 2025

3